**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Keith PARKER, Defendant–Appellant.**

**No. 08–30716**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

Michael J. Jefferson, U.S. Attorney's Office Middle District of Louisiana, Baton Rouge, LA, for Plaintiff–Appellee.

Damico & Stockstill, Baton Rouge, LA, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Keith Parker argues that the district court abused its discretion in denying his motion to sever his felon-in-possession-of-a-firearm count because, despite a cautionary jury instruction, the fact of his prior conviction alone created substantial jury prejudice warranting reversal. This argument is foreclosed by *United States v. Bullock*, 71 F.3d 171, 175 (5th Cir.1995),

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

which held that proper jury instructions are sufficient to cure any possible prejudice resulting from the joinder of a felon-in-possession-of-a-firearm count. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

